■ In the Matter of the Arbitration between the BOARD OF EDUCATION OF GREENBURGH CENTRAL SCHOOL DISTRICT NO. 7, Appellant, and the GREENBURGH TEACHERS FEDERATION, LOCAL 1788 OF THE AMERICAN FEDERATION OF TEACHERS, AFL-CIO, Respondent. — In a proceeding to stay arbitration, petitioner appeals from a judgment of the Supreme Court, Westchester County (Cerrato, J.), entered June 5, 1981, which denied the application. Judgment affirmed, with $50 costs and disbursements. Petitioner's contention that a dispute as to the interpretation of a provision in the parties' collective bargaining agreement cannot be arbitrated until an actual violation occurs lacks merit. The agreement specifically permits the union to invoke the grievance procedure when it believes that there has been a misinterpretation of any of the provisions in the agreement. In addition, arbitration in this case does not violate public policy. *Matter of County of Orange (Faculty Assn. of Orange County Community Coll.)* (77 AD2d 894) does not prohibit the arbitration of disputes where no actual violation is alleged. In that case, the necessity of determining the dates of the acts which allegedly violated the agreement was to ascertain if such acts occurred subsequent to the expiration of the contract, which fact would have made them incapable of redress. Cohalan, J. P., O'Connor, Thompson and Bracken, JJ., concur.

■ In the Matter of the CITY OF NEW YORK, Respondent. LEO MARINELLO et al., Appellants, et al., Claimant. — In a condemnation proceeding, the appeal is from so much of a second separate and partial final decree of the Supreme Court, Queens County (Brown, J.), entered December 1, 1978, as made certain awards of compensation. By order dated July 21, 1980, this court modified the decree, *inter alia,* by increasing the amount awarded claimants Marinello and Saveth for plottage from 5% to 10% (*Matter of City of New York [Marinello],* 76 AD2d 349). On June 9, 1981 the Court of Appeals reversed the order of this court insofar as it was appealed from by the city, and remitted the matter to this court for reconsideration upon the facts (53 NY2d 1023). Second separate and partial final decree modified, on the facts, by increasing the amount awarded claimants Marinello and Saveth for plottage from 5% to 10% (or from $187,795 to $375,590) and the total award to $4,131,490. As so modified, said decree affirmed insofar as appealed from, with costs to appellants Marinello and Saveth payable by the city. After reviewing the facts of this case, we adhere to our original determination on this issue notwithstanding the conclusion of the Court of Appeals that the City of New York's expert made no concession in this regard, for the remaining reasons stated in the opinion of Justice Cohalan (*Matter of City of New York [Marinello],* 76 AD2d 349, *supra*). Lazer, J. P., Mangano, Cohalan and O'Connor, JJ., concur.